# United States District Court
# Central District of California
# Western Division

PAULINO DE JESUS VEGA
RODRIGUEZ,

                Petitioner,

   v.

CHAD WOLF, *et al.*,

                Respondents.

ED CV 20-00686 TJH (KSx)

𝔒𝔯𝔡𝔢𝔯 JS-6

The Court has considered Petitioner's petition for a writ of *habeas corpus*, pursuant to 28 U.S.C. § 2241, together with the moving and opposing papers.

Petitioner, an immigration detainee at the Adelanto Immigration and Customs Enforcement Processing Center ["Adelanto"], filed this petition, seeking release from immigration detention based on two claims. The first claim challenged the conditions of confinement at Adelanto in light of the COVID-19 pandemic, based on a violation of substantive due process under the Fifth Amendment. The second claim alleged that the Government failed to reasonably accommodate his disability, in violation of the Rehabilitation Act, 29 U.S.C. §§ 794, *et seq.*.

Both of Petitioner's claims have been subsumed by two mandatory class actions

1   &ndash;   *Roman, et al. v. Wolf, et al.*, CV 20-768 TJH (PVCx) ["*Roman*"] and *Fraihat, et*
2 *al. v. United States Immigration and Customs Enforcement, et. al.*, CV 19-1546 JGB
3 (SHKx).

4      Thus, Petitioner's individual claims are, now, moot.

6      Accordingly,

8      𝕴𝖙 𝖎𝖘 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that the petition for writ of *habeas corpus* be, and hereby is,
9 𝕯𝖎𝖘𝖒𝖎𝖘𝖘𝖊𝖉.

11      𝕴𝖙 𝖎𝖘 𝖋𝖚𝖗𝖙𝖍𝖊𝖗 𝕺𝖗𝖉𝖊𝖗𝖊𝖉 that Petitioner shall remain released subject to the terms
12 and conditions previously ordered by this Court in this action and/or *Roman*.

14 Date: July 13, 2021

           *Terry J. Hatter, Jr.*
16           𝕿𝖊𝖗𝖗𝖞 𝕵. 𝕳𝖆𝖙𝖙𝖊𝖗, 𝕵𝖗.
17       𝕾𝖊𝖓𝖎𝖔𝖗 𝖀𝖓𝖎𝖙𝖊𝖉 𝕾𝖙𝖆𝖙𝖊𝖘 𝕯𝖎𝖘𝖙𝖗𝖎𝖈𝖙 𝕵𝖚𝖉𝖌𝖊